JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE GARRETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NUTRICIA NORTH AMERICA, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-03612-SVW-BFM<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

ORDER GRANTING STIPULATION TO REMAND

CASE NO. 2:23-CV-03612-SVW-BFM

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

On October 23, 2023, the parties filed a stipulation to remand the matter to the Superior Court of California for the County of Los Angeles.

The Court, having considered the parties' stipulation GRANTS the stipulation and ORDERS as follows:

1. This matter is remanded the Superior Court of California for the County of Los Angeles.

2. The Clerk of the Court is directed to transfer the file back to the state court.

**IT IS SO ORDERED.**

Dated: October 25, 2023

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION TO REMAND — 1 — CASE NO. 2:23-CV-03612-SVW-BFM

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940